### 15696. HALL *v.* THE STATE.

BLOODWORTH, J. 1. There is no merit in any of the grounds of the motion for a new trial. Although the defendant made no statement, the judge charged the jury as if he had made one, but he quickly discovered his error and promptly withdrew that portion of the charge from the jury, stating to them that it had been inadvertently given.

2. The evidence is sufficient to support the verdict.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED AUGUST 8, 1924.

Possessing intoxicating liquor; from city court of Dublin—Judge Sturgis. May 3, 1924.

*W. A. Dampier,* for plaintiff in error.

*William Brunson, solicitor,* contra.